422 A.2d 688

Lutes et al. v. Geller & Sons, Inc., et al., Appellant.

Argued March 21, 1979.   Norman M. Abrams, for appellant; George A. Priestly, for appellee.

Before CERCONE, P. J., WATKINS and HOFFMAN, JJ.

Order affirmed.

422 A.2d 688

Keister v. Robb, Appellant.

Argued June 4, 1979.   Spero T. Lappas, for appellant;   James D. Flower, Jr., for appellee.

Before PRICE, DOWLING and GATES, JJ.*

The order of the Court of Common Pleas of Cumberland County dated September 1, 1978 is affirmed.

---

* President Judge G. THOMAS GATES of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge JOHN C. DOWLING of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.